UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GINNINE FRIED, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE & CO., and JPMORGAN CHASE BANK, N.A. d/b/a Chase,<br><br>Defendants. | Case No.: 2:15-cv-02512-MCA-MAH<br><br>DECLARATION OF<br>CHRISTIAN J. PISTILLI |

I, Christian J. Pistilli, declare as follows:

1. I am a partner in the law firm of Covington & Burling LLP, counsel for Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. (collectively, "Defendants") in the above-captioned matter.

2. I make this declaration in support of Defendants' motion to dismiss and to put before the Court two documents referenced in the complaint in the above-captioned matter.

3. A true and correct copy of Plaintiff's mortgage is attached hereto as Exhibit A. Plaintiff's loan number has been redacted from Exhibit A.

4. A true and correct copy of Plaintiff's loan modification agreement is attached hereto as Exhibit B. Plaintiff's loan number has been redacted from Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed on this 17th day of June, 2015, in Washington, DC.

By: _____
Christian J. Pistilli