**PARKER IBRAHIM & BERG LLC**
Michael B. Schultz, Esq.
270 Davidson Avenue
Somerset, New Jersey 08873
(908) 725.9700
Fax: (908) 333.6230
michael.schultz@piblaw.com
*Co-Counsel for Defendants,*
JPMorgan Chase & Co. and
JPMorgan Chase Bank, N.A.

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| GINNINE FRIED, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE & CO., and JPMORGAN CHASE BANK, N.A. d/b/a Chase,<br><br>Defendants. | Case No.: 2:15-cv-02512<br><br>**CERTIFICATION OF SERVICE** |

I, Michael B. Schultz, hereby certify as follows:

1. I am an attorney with the law firm of Parker Ibrahim & Berg LLC, co-counsel for defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A. (collectively, "Defendants") in the above matter.

2. On June 17, 2015, I caused to be filed electronically with the U.S. District Court, District of New Jersey the following: (1) Notice of Motion to Dismiss; (2) Memorandum of Law in Support of Motion to Dismiss; (3) Declaration of Christian J. Pistilli; (4) Proposed Order Granting Defendants' Motion to Dismiss; and (5) this Certification of Service.

3. The foregoing documents were served on all counsel of record via the Court's ECF system.

{00412207.DOCX }

      I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false I may be subject to punishment.

                                            By:   /s Michael B. Schultz
                                                    Michael B. Schultz

Dated:  June 17, 2015