UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GINNIE FRIED, on behalf of herself and all others similarly situated,**<br>　　　　**Plaintiff,**<br><br>　　v.<br><br>**JPMORGAN CHASE & CO., et al.,**<br>　　　　**Defendants.** | **Civil Action No. 15-2512 (MCA)**<br><br>**ORDER** |

**THIS MATTER** having come before the Court by way of Defendants JPMorgan Chase & Co. and JPMorgan Chase Bank, N.A.'s (collectively, "Defendants" or "Chase") motion to dismiss, Dkt. No. 10; and Plaintiff Ginnie Fried ("Plaintiff"), on behalf of herself and all others similarly situated, having opposed the motion, Dkt. No. 17; and for the reasons set forth in the accompanying opinion;

**IT IS** on this **28th** day of **January**, 2016,

**ORDERED** that Defendants' motion is **DENIED in part** and **GRANTED in part** [Dkt. No. 10]; and it is further

**ORDERED** that Plaintiff's HPA claim in Count One shall go forward; and it is further

**ORDERED** that Plaintiff's state-law claims in Counts Two through Seven are **DISMISSED WITH PREJUDICE.**

　　　　　　　　　　　　　　　　　　　　　*/s Madeline Cox Arleo*　　　　　
　　　　　　　　　　　　　　　　　　　　　**HON. MADELINE COX ARLEO**
　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**