**CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**
COUNSELLORS AT LAW

| | | | |
|---|---|---|---|
| CHARLES C. CARELLA | JAMES T. BYERS | **5 BECKER FARM ROAD** | RICHARD K. MATANLE, II | RAYMOND J. LILLIE |
| BRENDAN T. BYRNE | DONALD F. MICELI | **ROSELAND, N.J.  07068-1739** | FRANCIS C. HAND | WILLIAM SQUIRE |
| PETER G. STEWART | A. RICHARD ROSS | PHONE (973) 994-1700 | AVRAM S. EULE | ALAN J. GRANT° |
| JAN ALAN BRODY | CARL R. WOODWARD, III | FAX (973) 994-1744 | RAYMOND W. FISHER | STEPHEN R. DANEK |
| JOHN M. AGNELLO | MELISSA E. FLAX | www.carellabyrne.com | | DONALD A. ECKLUND |
| CHARLES M. CARELLA | DAVID G. GILFILLAN | | OF COUNSEL | MEGAN A. NATALE |
| JAMES E. CECCHI | G. GLENNON TROUBLEFIELD | | | ZACHARY S. BOWER+ |
| | BRIAN H. FENLON | | | MICHAEL CROSS |
| | LINDSEY H. TAYLOR | | | CHRISTOPHER J. BUGGY |
| JAMES D. CECCHI (1933-1995) | CAROLINE F. BARTLETT | February 2, 2016 | | JOHN V. KELLY |
| JOHN G. GILFILLAN III (1936-2008) | | | | °MEMBER NY BAR ONLY |
| ELLIOT M. OLSTEIN (1939-2014) | | | | +MEMBER FL BAR ONLY |

**Via ECF**

The Honorable Michael A. Hammer
United States Magistrate Judge
Martin Luther King Building
50 Walnut Street
Newark, New Jersey  07102

      Re: *Fried v. JPMorgan Chase & Co*.
        <u>Civil Action No. 15-2512(MCA)(MAH)</u>

Dear Judge Hammer:

  We write on behalf of all parties in the above-captioned matter.  The Court has set an initial scheduling conference in this matter for Friday, February 5.  The parties hereby respectfully request that the scheduling conference be postponed to a date later in the month of February (or otherwise as is convenient for the Court).

  Counsel for plaintiff and defendants have conferred and are available on the following dates in February, subject to the Court's schedule:  February 16, February 24-25 (afternoon), February 26 and February 29. This is the parties' first request for a postponement of the scheduling conference.

  Thank you for your attention to this matter.  If the Court has any questions, we are available at your convenience.

           Respectfully submitted,

| | |
|---|---|
| **CARELLA, BYRNE, CECCHI,** | **PARKER IBRAHIM & BERG LLC** |
| **OLSTEIN, BRODY & AGNELLO, P.C.** | |
| | |
| /s/ Lindsey H. Taylor | /s/ Anthony Del Guercio |
| | |
| LINDSEY H. TAYLOR | ANTHONY DEL GUERCIO |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendants* |