# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| GINNINE FRIED, on behalf of herself and all others similarly situated,<br><br>     Plaintiff,<br> v.<br><br>JPMORGAN CHASE & CO., and JPMORGAN CHASE BANK, N.A. d/b/a CHASE,<br><br>     Defendants. | Civil Action No.: 15-2512(MCA)(MAH)<br><br><br>**NOTICE OF MOTION** |

To: All Persons on ECF Service List

COUNSEL:

PLEASE TAKE NOTICE, that at such date and time as the Court shall designate, , Plaintiff will move before Hon. Madeline Cox Arleo at the Martin Luther King Federal Building, 50 Walnut Street, Newark, New Jersey 07102, for an entry of an order preliminarily approving the class action settlement.

Plaintiff will rely upon the accompanying Memorandum of Law and the Declaration of Antonio Vozzolo (and accompanying exhibits) in support of this motion.

A proposed form of Order (Exhibit B to the Settlement Agreement) accompanies this Motion.

The undersigned hereby request oral argument.

Date:  March 14, 2019           Respectfully submitted,

                     CARELLA, BYRNE, CECCHI
                     OLSTEIN, BRODY & AGNELLO
                     Attorneys for Plaintiff

                     By: /s/ James E. Cecchi
                        JAMES E. CECCHI

Antonio Vozzolo
**VOZZOLO LLC**
345 Route 17 South
Upper Saddle River, NJ 07458
Telephone: (201) 630-8820

*Attorneys for Plaintiff and the Proposed Class*