James E. Cecchi
Lindsey H. Taylor
**CARELLA, BYRNE, CECCHI,**
**OLSTEIN, BRODY & AGNELLO**
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

Antonio Vozzolo
**VOZZOLO LLC**
345 Route 17 South
Upper Saddle River, New Jersey 074578
(201) 630-8820

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| GINNINE FRIED, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br> v.<br><br>JPMORGAN CHASE & CO., and JPMORGAN CHASE BANK, N.A. d/b/a CHASE,<br><br>      Defendants. | Civil Action No.: 15-2512(MCA)(MAH)<br><br><br><br>**NOTICE OF MOTION** |

To: All Counsel on ECF Service List

  PLEASE TAKE NOTICE, that on July 25, 2019 at 2:00 p.m., the undersigned counsel for Plaintiff Ginnine Fried will respectfully move before Hon. Madeline Cox Arleo, U.S.D.J. at the Martin Luther King Federal Building, 50 Walnut Street, Newark, New Jersey 07102, for entry of an Order certifying the Settlement Class; granting final approval of the Settlement; awarding incentive payments to Plaintiff; and granting Plaintiff's request for attorneys' fees and reimbursement of expenses.

PLEASE TAKE FURTHER NOTICE that, in support of motion, Plaintiff will rely upon the accompanying Brief and the Declaration of Antonio Vozzolo, with accompanying exhibits.

The undersigned hereby requests oral argument.

Date:  June 17, 2019

Respectfully submitted,

**CARELLA, BYRNE, CECCHI OLSTEIN, BRODY & AGNELLO**

By: /s/ James E. Cecchi
     James E. Cecchi
Lindsey H. Taylor
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (973) 994-1700

**VOZZOLO LLC**
Antonio Vozzolo
345 Route 17 South
Upper Saddle River, NJ 07458
Telephone:  (201) 630-8820

*Attorneys for Plaintiff and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of June, 2019, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court, is available for viewing and downloading from the ECF system, and will be served by operation of the Court's electronic filing system (CM/ECF) upon all counsel of record.

                                        /s/ James E. Cecchi_____
                                        James E. Cecchi