## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| GINNINE FRIED, on behalf of herself and all others similarly situated,<br><br>           Plaintiff,<br>     v.<br><br>JPMORGAN CHASE & CO., and JPMORGAN CHASE BANK, N.A. d/b/a CHASE,<br><br>           Defendants. | Civil Action No.: 15-2512(MCA)(MAH)<br><br>**NOTICE OF MOTION** |

To:   All Persons On ECF Service List

COUNSEL:

PLEASE TAKE NOTICE, that on July 25, 2019 at 2:00 p.m., or as soon thereafter as counsel may be heard, the undersigned counsel for Plaintiff Ginnine Fried will respectfully move before Hon. Madeline Cox Arleo, U.S.D.J. at the Martin Luther King Federal Building, 50 Walnut Street, Newark, New Jersey 07102, for entry of an Order pursuant to Fed.R.Civ.P. 23(e) certifying the Settlement Class and granting final approval of the Settlement.

PLEASE TAKE FURTHER NOTICE that, in support of motion, Plaintiff will rely upon the accompanying Memorandum of Law; the June 17, 2019 Declaration of Antonio Vozzolo, and the exhibits attached thereto (Dkt. Entry No. 79-2); and the Declaration of Edward Dottilo (Dkt. Entry No. 82-1), and the exhibits attached thereto.

The undersigned hereby requests oral argument.

Date:  July 8, 2019

Respectfully submitted,

**CARELLA, BYRNE, CECCHI
OLSTEIN, BRODY & AGNELLO**

By: /s/ James E. Cecchi
     James E. Cecchi

2

Lindsey H. Taylor
5 Becker Farm Road
Roseland, NJ 07068
Telephone: (973) 994-1700

**VOZZOLO LLC**
Antonio Vozzolo
345 Route 17 South
Upper Saddle River, NJ 07458
Telephone:  (201) 630-8820

*Attorneys for Plaintiff and the Proposed Class*

2